| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Creditor Parke Bank | |
| In Re:<br><br>Charles Eric Kern,<br><br>                         Debtor. | Case No.:   20-18381-ABA<br><br>Chapter:    12<br><br>Hrg Date:  Nov. 12, 2020 at 10:00AM<br><br>Judge:      Hon. Andrew B. Altenburg, Jr. |

## NOTICE OF PARKE BANK'S CROSS-MOTION TO ALLOW PROOF OF CLAIM

TO:    Clerk, United States Bankruptcy Court
         District of New Jersey
         Camden, NJ

         ALL PARTIES ON THE ATTACHED SERVICE LIST

**PARKE BANK HAS FILED A CROSS-MOTION TO ALLOW ITS PROOF OF CLAIM, IN OPPOSITION TO DEBTOR'S MOTION TO DISALLOW THE CLAIM.**

<u>**YOUR RIGHTS MAY BE AFFECTED.**</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to vacate the automatic stay as to the property identified in the attached schedules to allow the movant to proceed with its non-bankruptcy rights to the property, including but not limited to foreclosure and sale, or if you want the court to consider your views on the motion, then on or before **November 5, 2020,** you or your attorney must do all of the following:

(a) file written opposition to the motion; and

(b) attend the hearing scheduled to be held at
Mitchell H. Cohen U.S. Courthouse
400 Cooper St., 4th Floor
Camden, NJ 08101
Hon. Andrew B. Altenburg, Jr.

**Courtroom 4B**

On **November 12, 2020** at **10:00 a.m.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

Respectfully submitted,
SALDUTTI LAW GROUP
Counsel for PARKE BANK


*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: November 5, 2020