| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Creditor Parke Bank | |
| In Re:<br><br>Charles Eric Kern,<br><br>                         Debtor. | Case No.: 20-18381-ABA<br><br>Chapter: 12<br><br>Hrg Date: Nov. 12, 2020 at 10:00AM<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |

## ORDER ALLOWING CLAIM OF PARKE BANK

The relief set forth on the following page is hereby ORDERED.

Upon the cross-motion of PARKE BANK, by and through counsel, Saldutti Law Group; the Court having reviewed the Cross-Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. Debtor's Motion to disallow Parke Bank's claim is DENIED.

2. Parke Bank's claim is hereby deemed timely filed.

3. Parke Bank's claim filed October 9, 2020, is deemed an amendment to a timely-filed claim.